**Order entered December 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01229-CV

**KALEI MERRILL, Appellant/Cross-Appellee**

**V.**

**MITCHELL CURRY, MELINDA DEFELICE AND TAMIRA GRIFFIN, EACH INDIVIDUALLY AS DEFENDANTS, Appellees/Cross-Appellants**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-01827-2019**

## ORDER

Before the Court is appellant/cross-appellee's December 16, 2019 unopposed motion for a fourteen-day extension of time to file her combined appellant's reply and cross-appellee's response brief.  We **GRANT** the order and extend the time to **January 14, 2020**.

/s/     KEN MOLBERG
JUSTICE